**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Juice Generation, Inc. v. GS Enterprises LLC

No. 14-1853

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ✓ As counsel for:   GS Enterprises LLC
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☐ Appellant   ✓ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Loren Jeremy Craft |
| Law firm: | Craft Chu PLLC |
| Address: | 1445 North Loop West, Suite 410 |
| City, State and ZIP: | Houston, Texas 77008 |
| Telephone: | 713-802-9144 |
| Fax #: | 866-707-7596 |
| E-mail address: | jcraft@craftchu.com |

Statement to be completed by counsel only (select one):

✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/9/2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

✓ Yes   ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

10/14/14
Date

_____
Signature of pro se or counsel

cc: _____

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Oct 14, 2014
by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
    (by email or CM/ECF)

| | |
|---|---|
| Loren Jeremy Craft | /s/ Loren Jeremy Craft |
| Name of Counsel | Signature of Counsel |

Law Firm: Craft Chu PLLC

Address: 1445 North Loop West, Suite 410

City, State, ZIP: Houston, Texas 77008

Telephone Number: 713-802-9144

FAX Number: 866-707-7596

E-mail Address: jcraft@craftchu.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.