# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1853 - Juice Generation, Inc. v. GS Enterprises LLC

**OPENING BRIEF**

## ORDER

The foregoing, having been received and examined is not in compliance with the rules of this court and is therefore rejected for filing at this time.

A corrected brief or appendix must be filed within 14 days from the date of this order or there could be adverse consequences. **Please read this letter carefully as some of the items may not apply to your appeal.**

- If the submission is rejected due to the principal attorney not filing an **Entry of Appearance and/or Docketing Statement**, you do not need to comply with the below mentioned items. Promptly submit the required form(s) [form(s) can be obtained on the court's website www.cafc.uscourts.gov]. Once the entry of appearance and/or docketing statement is received, your brief will be accepted for filing.

The deficiencies are set forth in the attached listing. <u>The following shall apply when making corrections</u>:

1. The corrected brief must have the word "CORRECTED" on the cover.
2. The corrected version must be served on all counsel.
3. The corrected version must be accompanied by a new proof of service.
4. The deficiencies cited in this order must be the only changes made to the brief or appendix.

Calculation for the next filing starts from the mail service date of the original version, not the corrected version.

FOR THE COURT

December 03, 2014

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: J. Elliot Alfred
Loren Jeremy Craft

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 14-1853 - Juice Generation, Inc. v. GS Enterprises LLC

The OPENING BRIEF has been rejected for following reasons:

- All counsel, whose names appear on the cover, must submit an entry of appearance for this matter and must be admitted to practice before this court. Fed. Cir. R. 46; Fed. Cir. R. 47.3(a); Fed. Cir R. 47.3(c)(1)
    - Mr. Nigamnarayan Acharya

- The joint appendix should be filed after the reply brief is filed. The document should be refiled using the event Brief/Appendix Tendered Fed. Cir. R. 30 (a)(4)

- The brief does not contain a certificate of interest. Fed. Cir. R. 47.4(b); Fed. Cir. R. 28(a)(1)
    - The certificate of interest should immediately follow the cover page.